IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02061-LTB-MJW

MERCEDES ARCHULETA,

Plaintiff(s),

v.

MICHELLE WAGNER, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Jefferson County Sheriff Ted Mink's and Jefferson County Deputy Sheriff Mandelko's Motion to Stay Discovery Based on Qualified Immunity (docket no. 22) is GRANTED IN PART AND DENIED IN PART. It is GRANTED as to Defendant Jefferson County Deputy Sheriff Mandelko. It is DENIED as to Jefferson County Sheriff Ted Mink.

Here, the court finds that Plaintiff has asserted two Section 1983 claims against Defendant Mandelko in the Complaint. Pursuant to *Medina v. Cram*, 252 F.3d 1124, 1128 (10th Cir. 2001), this case should be STAYED as to Defendant Mandelko. Moreover, the court finds that Defendant Mink has been sued in his official capacity in the Plaintiff's Complaint and he is not entitled to assert a qualified immunity defense and therefore the case should not be stayed as to Defendant Mink. See *Beedle v. Wilson*, 422 F.3d 1059, 1069 (10th Cir. 2005); *Moore v. City of Wynnewood*, 57 F.3d 924, 929 n.4 (10th Cir. 1995).

It is FURTHER ORDERED that this case is still set for a Rule 16 Scheduling Conference on February 14, 2007, at 8:30 a.m. as to all parties except for Defendant Mandelko.

Date: January 10, 2007