IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02061-LTB-MJW

MERCEDES ARCHULETA,

Plaintiff(s),

v.

MICHELLE WAGNER, et al.,

Defendant(s).

MINUTE ORDER

     For the reasons outlined in this court's Minute Order of January 10, 2007 (Docket No. 34), it is hereby ORDERED that Defendant Shane Butler's Motion to Stay Discovery Based on Qualified Immunity (Docket No. 35) is granted.

Date: January 17, 2007