IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02061-LTB-MJW

MERCEDES ARCHULETA,

Plaintiff(s),

v.

MICHELLE WAGNER, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant Shane Butler's Withdrawal of Motion to Quash (docket no. 56) is GRANTED.  Defendant Butler's Motion to Quash Plaintiff's Subpoena Served on Colorado State Patrol (docket no. 45) is WITHDRAWN.

Date:  March 6, 2007