**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02061-LTB-MJW

MERCEDES ARCHULETA,

       Plaintiff,

v.

MICHELLE WAGNER, a detective with the Lakewood Police Department, in her individual capacity;
D.L. MANDELKO, a jailer with the Jefferson County Jail, in her individual capacity;
SHAYNE BUTLER, an officer with the Colorado Highway Patrol, in his individual capacity; and
TED MINK, JEFFERSON COUNTY SHERIFF, in his official capacity,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


      Defendant Jefferson County Deputy Sheriff Ted Mink's Motion to Join Deputy D.L. Mandelko's Motion to Stay or Sever Pending Appeal on Qualified Immunity (Doc 69 - filed April 18, 2007) is **GRANTED**.


Dated:  April 20, 2007
_____