IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02061-LTB-MJW

MERCEDES ARCHULETA,

Plaintiff(s),

v.

MICHELLE WAGNER, et al.,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that Plaintiff Mercedes Archuleta's Motion to Modify Scheduling Order (docket no. 71) is GRANTED as follows. The deadline to join parties and amend pleadings is extended to June 29, 2007. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: March 6, 2007