IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02061-LTB-MJW

MERCEDES ARCHULETA,

Plaintiff(s),

v.

MICHELLE WAGNER, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Joint Stipulated Motion for Protective Order (docket no. 76) is GRANTED.  The written Protective Order is APPROVED and made an Order of Court.

Date:  May 7, 2007