IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02061-LTB-MJW

MERCEDES ARCHULETA,

Plaintiff(s),

v.

MICHELLE WAGNER, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant Butler's Unopposed Motion to Vacate Settlement Conference (docket no. 80) is GRANTED finding good cause shown. The Settlement Conference set on May 22, 2007, at 10:00 a.m. is VACATED. The parties may request a resetting of the Settlement Conference by motion or this court will look at resetting the Settlement Conference at the Final Pretrial Conference which is currently set for December 6, 2007, at 8:30 a.m.

Date: May 17, 2007