UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02061-LTB-MJW

MERCEDES ARCHULETA,

    Plaintiff,

vs.

MICHELLE WAGNER, a detective with the Lakewood Police Department, in her individual capacity;
D.L. MANDELKO, a jailer with the Jefferson County Jail, in her individual capacity;
SHAYNE BUTLER, an officer with the Colorado Highway Patrol, in his individual capacity; and
TED MINK, JEFFERSON COUNTY SHERIFF, in his official capacity.

    Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER** (Docket No. 95)

---

The Court hereby orders that Plaintiff's Motion To Amend Scheduling Order (document 95) is GRANTED. Plaintiff may depose Collin Fine and Defendant Mandelko outside of the August 14, 2007 discovery cut-off.

DATED this 16th day of August, 2007.

                                   Michael J. Watanabe
                                   United States Magistrate Judge