IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02061-LTB-MJW

MERCEDES ARCHULETA,

     Plaintiff,

v.

MICHELE WAGNER, a detective with the Lakewood Police Department, in her individual
 capacity;
D.L. MANDELKO, a jailer with the Jefferson County Jail, in her individual capacity;
SHAYNE BUTLER, an officer with the Colorado Highway Patrol, in his individual
 capacity, and
TED MINK, JEFFERSON COUNTY SHERIFF, in his official capacity,

     Defendants.

---

## ORDER RE: MOTION TO VACATE FINAL PRETRIAL
## CONFERENCE SCHEDULED FOR DECEMBER 6, 2007
( Docket No. 121 )

---

THIS MATTER comes before the Court on the Defendant Wagner's Motion to Vacate

Final Pretrial Conference, and request for an Order vacating same;

THE COURT, having reviewed Defendant's Motion, and being fully informed,

the motion is granted And

**IT IS HEREBY ORDERED** that the Pretrial Conference set for December 6, 2007, is

**VACATED.** 🅧

Dated this 28ᴿ day of November 2007.

① The Final Pretrial
Conference is Reset
to February 7, 2008, at 9:30 A.M.

The parties shall
submit Their proposed
Final Pre Trial Order
with The Court Five (5)
Days before the Final Pretrial Conference.

BY THE COURT

_____
UNITED STATES DISTRICT COURT JUDGE
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO