IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK
_____

Courtroom Deputy: Deborah Hansen         Date:  December 7, 2007
Court Reporter:    Gwen Daniel
_____

Civil Case No. 06-cv-02061-LTB-MJW         Counsel:

MERCEDES ARCHULETA, et al.,                Timothy Macdonald
                                           Jacek Wypych
    Plaintiffs,
v.

MICHELLE WAGNER, et al.,                   Thomas Lyons
                                           Writer Mott
    Defendants.                            Amy Colony

_____

COURTROOM MINUTES
_____

HEARING - Motion to Stay

03:00 p.m.    Court in Session

Appearances

Court's comments

In response to the question by the Court whether Ms. Wagner intends to appeal the court's denial of the motion for summary judgment based on qualified immunity, Mr. Lyons responds that Ms. Wagner intends to appeal.

Further discussion re consolidation of the appeals

**ORDERED:  Based upon Mr. Lyons' representation of the probability that Ms. Wagner will file a notice of appeal, the motion to stay (Doc No. 111) is GRANTED.**

1

**Counsel shall provide status reports on the appeal by both defendants at 30-day intervals.**

03:17 p.m.  Court in Recess
Hearing concluded
Time: /17