IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 06-cv-02061-LTB

MERCEDES ARCHULETA,
    Plaintiff,

v.

MICHELLE WAGNER, a detective with the Lakewood Police Department, in her individual capacity;
D.L. MANDELKO, a jailer with the Jefferson County Jail, in her individual capacity;
SHAYNE BUTLER, an officer with the Colorado Highway Patrol, in his individual capacity; and
TED MINK, JEFFERSON COUNTY SHERIFF, in his official capacity,
    Defendants.
_____

**ORDER**
_____

For the reasons stated on the record during the December 7, 2007, hearing, IT IS ORDERED that all further proceedings in this matter are stayed—reluctantly—pending resolution of Defendant Wagner's appeal of my November 28, 2007, Order denying summary judgment on the basis of qualified immunity [**Docket # 124**]. Should Defendant Wagner choose not to appeal my November 28, 2007, ruling, this order will vacate and this matter will proceed to trial as scheduled without further delay.

Defendants Wagner and Mandelko are further ORDERED to file status reports with this Court every thirty days.

Dated: December __7__, 2007.

                        BY THE COURT:

                        _s/Lewis T. Babcock_____
                        Lewis T. Babcock, Judge