IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 06-cv-02061-LTB

MERCEDES ARCHULETA,

    Plaintiff,

v.

MICHELLE WAGNER, a detective with the Lakewood Police Department, in her individual capacity;
D.L. MANDELKO, a jailer with the Jefferson County Jail, in her individual capacity;
SHAYNE BUTLER, an officer with the Colorado Highway Patrol, in his individual capacity; and
TED MINK, JEFFERSON COUNTY SHERIFF, in his official capacity,

    Defendants.

---

**ORDER**

---

This will confirm that—as the trial in this matter is stayed pending resolution of Defendant Wagner's appeal of my November 28, 2007, Order denying summary judgment on the basis of qualified immunity [**Docket # 124**]—the trial preparation conference in this matter set for **June 27, 2008, at 8:00 am** is converted to a status and scheduling hearing. Parties may appear by counsel.

Dated: June   20  , 2008.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge