IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 06-cv-02061-LTB

MERCEDES ARCHULETA,

    Plaintiff,

v.

MICHELLE WAGNER, a detective with the Lakewood Police Department, in her individual capacity;
D.L. MANDELKO, a jailer with the Jefferson County Jail, in her individual capacity;
SHAYNE BUTLER, an officer with the Colorado Highway Patrol, in his individual capacity; and
TED MINK, JEFFERSON COUNTY SHERIFF, in his official capacity,

    Defendants.
_____

ORDER
_____

THIS MATTER having come before the Court on the Joint Stipulated Motion to Dismiss Plaintiff Claims Against Defendants Wagner, Mandelko and Mink, With Prejudice (Doc 176 - filed January 16, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendants Wagner, Mandelko, and Mink only,** each party to pay their own fees and costs. This Order does not dismiss or otherwise affect Plaintiff Archuleta's claims against Defendant Butler.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: January 20, 2009