**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Action No. 06-cv-02061-LTB

MERCEDES ARCHULETA,

    Plaintiff,

v.

SHAYNE BUTLER, an officer with the Colorado Highway Patrol, in his individual capacity;

    Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint Stipulated Motion to Dismiss Plaintiff Archuleta's Claims Against Defendant Butler With Prejudice (Doc 185 - filed June 11, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Butler,** each party to pay their own fees and costs.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: June 12, 2009